

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Ernest Guinn
County Attorney, El Paso County
El Paso, Texas

Dear Sir:

Opinion No. O-5614
Re:  Are all members of the Armed
     Forces entitled to poll tax
     exemptions?

We have your request for an opinion, which request is as follows:

". . .

"Would you please advise as soon as possible what members of the Armed Forces are entitled to poll tax exemptions."

If by the term "Armed Forces" as used by you, you have reference to the Armed Forces of the United States now serving in the present World War Number Two, you are advised that there is no provision in the Constitution of Texas which grants to such "Armed Forces," or the members thereof, any poll tax exemption.

Chapter 338, page 570, et seq., Acts of the 48th Legislature, Regular Session, does provide for the issuance of poll tax exemption certificates to the members of the Armed Forces mentioned therein, under certain named conditions, but said certificates, by force of the terms of said legislative enactment itself, can only be issued "After the United States of America has ceased the prosecution of the war and has concluded a peace with all of her enemies commonly known as the Axis Powers." (See Acts Regular Session, 48th Leg., Ch. 338, p. 570)

Hon. Ernest Guinn, page 2

The exemption from the payment of poll taxes provided for in said legislative enactment just mentioned is not as yet available to the members of the Armed Forces of the United States who are mentioned in said law, and will not be so available to them until "the United States of America has ceased the prosecution of the present war and has concluded a peace with all of her enemies," etc.

If, by the term "Armed Forces," as used by you in your request for an opinion, you refer to the members of the active militia of the State of Texas, then we believe your question is fully answered by our Opinion No. 0-5045, a copy of which is enclosed for your information.

Trusting we have given you the information desired, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By George P. Blackburn
George P. Blackburn
Assistant

GPB:AMM

ENCLOSURE

APPROVED SEP 21, 1943
Gerald C. Mann

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN